WILLIAM HRUSKA, Appellant, *v.* JAMES STEWART & Co., INC., Respondent.

Argued November 19, 1947; decided March 5, 1948.

*Orrin G. Judd, John P. Cohalan, Jr., Saul A. Shames* and *William H. Westerbeke* for appellant.

*Frederick Mellor* for respondent.

Judgment affirmed, with costs, upon the ground that the record established plaintiff's contributory negligence as matter of law. No opinion. [See 298 N. Y. 510.]

Concur: LEWIS, DESMOND, THACHER and DYE, JJ. Dissenting: LOUGHRAN, Ch. J., CONWAY and FULD, JJ.